UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| CAMILLA ANN JOSEPH | ) | CASE NO.: A17-68715-WLH |
| | ) | |
| DEBTOR | ) | |

## MOTION TO DISMISS FOR FAILURE TO REMIT TAX RETURNS AND REFUNDS AND REQUEST FOR DISCLOSURE OF ANY INCOME CHANGES

COMES NOW Nancy J. Whaley, Standing Chapter 13 Trustee, in the above styled case, and respectfully shows the Court the following:

1.

Debtor filed a petition for relief under Chapter 13 of Title 11 on October 27, 2017. The Chapter 13 Plan was confirmed on January 12, 2018.

2.

The Debtor is required to remit a copy of all filed Federal Income Tax Returns to the Trustee during the pendency of the case, 11 U.S.C. § 521(f)(4)(B).  As of March 10, 2021 the Debtor has failed to remit the 2017, 2018 and 2019 Federal Income Tax Returns to the Trustee.

Wherefore, the Trustee prays that the Debtor remit the requested tax returns and any applicable refund to the Trustee.  If not provided, the Trustee requests this case be dismissed.  In addition, if the Debtor(s)' tax return reflects an increase in income that has not been properly disclosed before the Court, the Trustee prays this case be dismissed and any other relief this Court deems just and reasonable.

This the 10th day of March, 2021

/s/_____
Ryan J. Williams,
Attorney for Chapter 13 Trustee
State Bar No. 940874

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE: ) CHAPTER 13
CAMILLA ANN JOSEPH ) CASE NUMBER A17-68715-WL
   DEBTOR )

### NOTICE OF HEARING ON TRUSTEE'S MOTION TO DISMISS

PLEASE TAKE NOTICE that the Chapter 13 Trustee has filed a Motion to Dismiss with the Court seeking an Order of Dismissal.

PLEASE TAKE FURTHER NOTICE that the Court will hold a hearing on **April 14, 2021 at 10:20 AM in Courtroom 1403, Richard Russell Building, 75 Ted Turner Drive, S.W., Atlanta, GA. 30303.** *Given the current public health crisis, hearings may be telephonic only. Please check the "Important Information Regarding Court Operations During COVID-19 Outbreak" tab at the top of the GANB Website prior to the hearing for instructions on whether to appear in person or by phone.*

Failure to appear at the hearing or failure to resolve the matter prior to the hearing may result in the dismissal of your case. You should read this motion carefully and discuss it with your attorney, if you have one in your bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the Court to grant the dismissal of your case, you and/or your attorney must attend the hearing unless you have settled the matter prior to the hearing.

This the 10th day of March, 2019

/s/_____
Ryan J. Williams,
Attorney for Chapter 13 Trustee
State Bar No. 940874
303 Peachtree Center Ave., NE, Ste 120
Atlanta, GA  30303

# CERTIFICATE OF SERVICE

Case No:  A17-68715-WLH

I certify that on this day I caused a copy of this Chapter 13 Trustee's Motion to Dismiss to be served via United States First Class Mail with adequate postage prepaid on the following parties at the address shown for each:

CAMILLA ANN JOSEPH
4240 WALDROP HILLS TER
DECATUR, GA  30034

I further certify that I have on this day electronically filed the foregoing Chapter 13 Trustee's Motion to Dismiss using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

**Attorney for the Debtor(s):**

SLIPAKOFF & SLOMKA, PC

This the 10th day of March, 2021.

 /s/_____
   Ryan J. Williams
   Attorney for the Chapter 13 Trustee
   State Bar No. 940874
   303 Peachtree Center Avenue, NE
   Suite 120
   Atlanta, GA 30303
   678-992-1201